IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:14CV39

| | | |
|---|---|---|
| REID GARRETT HINSON and CATHERINE LANE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| CITY OF CHARLOTTE, *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

This matter is before the Court upon its own motion. The *pro se* Plaintiffs filed their Complaint against Defendants, including the United States Supreme Court and the President of the United States, alleging various claims against the Defendants related to what appear to be complaints about their "poor, sad, insane, misguided, unmedicated schizo brother." This case was filed on January 30, 2014 and it appears that Defendants have yet to be served. Plaintiffs' claims are unintelligible. The Court will, therefore, sua sponte dismiss the Complaint. *See Fitzgerald v. First East Seventh St. Tenants Corp.*, 221 F.3d 363-64 (2d Cir. 2000) (district courts have authority to dismiss frivolous complaints sua sponte, notwithstanding the payment of the filing fee).

IT IS THEREFORE ORDERED that this case is hereby DISMISSED.

Signed: October 5, 2015

Graham C. Mullen
United States District Judge