# United States District Court
# Western District of North Carolina
# Charlotte Division

| | |
|---|---|
| Catherine Lane<br>Reid Garrett Hinson**,** | JUDGMENT IN CASE |
| Plaintiff(s), | 3:14-cv-00039-GCM |
| vs. | |
| City of Charlotte, et al<br>Defendant(s). | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 6, 2015 Order.

October 6, 2015

*[signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court